UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OA WIMBLEDON PLACE, § § **Plaintiff,** § § v. § § **PHILADELPHIA INDEMNITY INSURANCE COMPANY,** § § § **Defendant.** § | CIVIL ACTION NO.: 3:17-CV-02761-B |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff OA Wimbledon Place and Defendant Philadelphia Indemnity Insurance Company, by and through their respective attorneys of record herein, hereby stipulate and agree under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

///

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL WITH PREJUDICE**                                                                    **Page 1**

Respectfully Submitted,

*/s/ Sean Patterson*
James M. McClenny
State Bar No. 24091857
james@mma-pllc.com
J. Zachary Moseley
State Bar No. 24092863
zach@mma-pllc.com
Sean Patterson
State Bar No. 24073546
sean@mma-pllc.com
McCLENNY MOSELEY & ASSOCIATES, PLLC
411 N. Sam Houston Parkway E., Suite 200
Houston, TX 77060
Telephone:  713.334.6121
Facsimile:  713.322.5953

ATTORNEYS FOR PLAINTIFF


*/s/ Lisa M. Henderson*
Lisa M. Henderson
State Bar No. 24025423
lisa.henderson@clydeco.us
L. Kimberly Steele
State Bar No. 04127600
kimberly.steele@clydeco.us
CLYDE & CO US LLP
10440 N Central Expressway, Suite 800
Dallas, TX 75231

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on all counsel of record via ECF on April 23, 2018.

*/s/ Lisa M. Henderson*
Lisa M. Henderson